IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHWARTZ LAW FIRM, LLC,<br><br>      *Plaintiff*,<br><br>v.<br><br>SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA,<br><br>      *Defendant*. | CIVIL ACTION<br>NO. 20-06055 |

## **ORDER**

**AND NOW**, this 23rd day of February 2021, upon consideration of Plaintiff's Motion to Remand, (ECF No. 11), Defendant's Response, (ECF No. 17), and Plaintiff's Reply, (ECF No. 18), it is **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT,

1